GIACINTO MIRARCHI, Doing Business under the Name of GEORGE'S AUTO SERVICE, Respondent, v. MARIE MIELE, Individually and as Administratrix of the Estate of HUMBERT MIELE, Deceased, Appellant.— In an action to recover for services rendered and materials furnished in the maintenance of motor vehicles, order of the County Court, Nassau County, denying defendant's motion to require a separate statement of causes of action directed against defendant as an individual and as an estate representative, to strike out portions of the complaint, and to direct service of a new pleading, affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

MURRAY MOGEL, an Infant, by ISADORE MOGEL, His Guardian ad Litem, et al., Appellants, v. CAMP CEJWIN, INC., Respondent.— Plaintiffs appeal from an order which granted defendant's motion to remove the action to the Military Suspense Calendar. Order affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH TROPIANO, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of possession of dangerous weapons, as a felony, and sentencing him to a term of imprisonment of not less than thirteen years and not more than fourteen years, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.